RICHARD A. ERGO #110487
CATHLEEN S. HUANG #219554
BOWLES & VERNA LLP
2121 N. California Boulevard, Suite 875
Walnut Creek, California 94596
Telephone: (925) 935-3300
Facsimile: (925) 935-0371

Attorneys for Defendant
AmerUs Life Insurance Company
Formerly known as Central Life
Assurance Company

Gene Cain #119139
LAW OFFICE OF GENE A. CAIN
1501 North Broadway, Suite 203
Walnut Creek, California 94596
Telephone: (925) 932-0893
Facsimile: (925) 932-0216

Attorneys for Plaintffs Janet
Jernandez, Wendy Perez and
Alicia Perez

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| JANET HERNANDEZ, WENDY PEREZ and ALICIA PEREZ,<br><br>Plaintiffs,<br><br>v.<br><br>CENTRAL LIFE ASSURANCE COMPANY, an Iowa corporation licensed to and doing business in the State of California; DOES 1 through 50,<br><br>Defendant. | Case No. C05-05112 CRB<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE JOINT CASE MANAGEMENT CONFERENCE<br><br>DATE: APRIL 14, 2006<br>TIME: 8:30 A.M.<br><br>THE HONORABLE CHARLES R. BREYER |

The parties to the above-entitled action submit this Stipulation and [proposed] Order to continue the scheduled Case Management Conference in this matter. The Conference is currently on

-1-
STIPULATION TO CONTINUE CMC AND [PROPOSED] ORDER

Bowles & Verna LLP
2121 N. California Blvd.
Suite 875
Walnut Creek 94596

the Court's calendar for April 14, 2006. The parties request a continuance of this Conference to June 9, June 16, 2006 or June 23, 2006 in accordance with this Court's availability.

Dated: April 4, 2006

RICHARD A. ERGO
Attorneys for Defendant
AmerUs Life Insurance Company formerly known as Central Life Assurance Company

Dated: April 4, 2006

GENE CAIN
Attorneys for Plaintiff
Janet Hernandez, Wendy Perez and Alicia Perez

### ORDER

After consideration of the above request of counsel and the availability of this Court, the Case Management Conference currently set for April 14, 2006 is vacated. The Case Management Conference is now set before this Court on June 16, 2006 at 8:30 a.m. in Courtroom 8, 19th Floor, 450 Golden Gate Avenue, San Francisco, California.

Dated: April 7, 2006

The Honorable Charles R. Breyer
United States

IT IS SO ORDERED
Judge Charles R. Breyer

Bowles & Verna LLP
2121 N. California Blvd.
Suite 875
Walnut Creek 94596

-2-
STIPULATION TO CONTINUE CMC AND [PROPOSED] ORDER