1  Hugo Torbet
   Attorney at Law, SBN 147650
2  807 Montgomery Street
   San Francisco, CA 94133
3  Telephone (415) 386-9400

4  Gene A. Cain, SBN 119139
   LAW OFFICE OF GENE A. CAIN
5  1501 North Broadway, Suite 203
   Walnut Creek, CA 94596
6  Telephone (925) 932-0893
   Facsimile (925) 932-0216
7
8  Attorneys for plaintiffs
9
10
11              UNITED STATES DISTRICT COURT
12          NORTHERN DISTRICT OF CALIFORNIA- SAN FRANCISCO

13 | JANET HERNANDEZ, ET. AL.,                | Case No. 05-05112-CRB ENE
14 |         Plaintiffs,                       | STIPULATION AND ORDER TO
   |                                           | CONTINUE HEARING DATE FOR
15 | vs                                        | DEFENDANT'S MOTION FOR
   |                                           | SUMMARY JUDGMENT OR IN
16 | CENTRAL LIFE ASSURANCE COMPANY,           | THE ALTERNATIVE FOR PARTIAL
   | And DOES 1 THROUGH 50,                    | SUMMARY JUDGMENT
17 |                                           |
18 |         Defendant                         | Date:  August 25, 2006
   |                                           | Time:  10:00 A.M.
19 |                                           | Courtroom 8, -19th Floor
   |                                           | The Honorable Charles. R. Breyer
20
                                                # ORDER DENYING
21
22       At the request of counsel for the plaintiffs, the parties hereby stipulate to continue
23  the hearing on the defendant's motion for summary judgment or in the alternative for
24  partial summary judgment from July, 21, 2006, to the new date of August 25 2006. The time
25  and location for the hearing on the motion shall remain the same as previously noticed.
26
27
28  CASE NO. C-05 5112 CRB STIPULATION AND ORDER TO CONTINUE HEARING DATE OF DEFENDANT'S
    MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE FOR PARTIAL SUMMARY JUDGMENT.                   1

1  It is so stipulated:

2  _____  6/28/06          _____  6/27/06
3  Brad Bowles,           Date              Gene A. Cain            Date
   BOWLES & VERNA LLP                       Attorneys for plaintiffs
4  Attorneys for defendant

5

6  IT IS SO ORDERED.

7  Dated: June 28, 2006

8                                    _____
                                     Charles R. Breyer
9                                    Judge of the United States District Court

**DENIED**
*Judge Charles R. Breyer*
(Seal: United States District Court, Northern District of California)

CASE NO. C-05 5112 CRB STIPULATION AND ORDER TO CONTINUE HEARING DATE OF DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE FOR PARTIAL SUMMARY JUDGMENT.        2