IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET PEREZ-ENCINAS and WENDY PEREZ,<br><br>    Plaintiffs,<br><br>  v.<br><br>AMERUS LIFE INSURANCE CO.,<br><br>    Defendant._____/ | No. C 05-05112 CRB<br><br>**ORDER** |

Plaintiffs' Motion to Alter or Amend Judgment is hereby DENIED.

**IT IS SO ORDERED.**

Dated: August 14, 2006

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\5112\order 2.wpd